

Law Offices of Carolyn Elefant

**L✷CE**

change-making energy law firm

---

7315 WIsconsin Avenue, #400 W, Bethesda Maryland 20814 | 202-297-6100
Carolyn@carolynelefant.com | LawOfficesofCarolynElefant.com | licensed in MD, DC, NY

August 30, 2024

Mark J. Langer
Clerk of the Court
United States Court of Appeals for
 the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001

      Re:    *In re: Central Land Consulting and Assn. of Oklahoma Landowners*.
            Docket No. 24-1219
            <u>Request for Action on Mandamus Petition</u>

Dear Mr. Langer,

      On June 24, 2024, Central Land Consulting Inc. and an unincorporated association of Oklahoma landowners filed a petition for mandamus to compel the Federal Energy Regulatory Commission to enforce Midship's restoration obligations in connection with construction of the Midship Pipeline. As described in the petition, Midship should have restored the properties four years ago when the pipeline went into service, but as of this date, debris remains buried on the landowners' property. Although the Commission initiated an investigation of the damage, that proceeding has been ongoing for nearly three years and the Commission has yet to order Midship to work with the landowners to clean up the properties.

      Now, three months have passed since the mandamus petition was filed, still with no action by the Commission. Accordingly, the Petitioners ask this court to move forward with a proceeding in this docket and order the Commission to grant the relief requested in the petition.

                  Respectfully submitted,

                  Carolyn Elefant
                  Law Offices of Carolyn Elefant

on behalf of Petitioners